**Dismissed and Memorandum Opinion filed December 18, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00963-CV

---

## HERMAN SANDERS, Appellant

### V.

## NAES CENTRAL, INC. D/B/A AMTECH ELEVATOR SERVICES, Appellee

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2012-41207**

---

## M E M O R A N D U M   O P I N I O N

The trial court clerk mistakenly forwarded a notice of appeal to this court. The notice of appeal was previously assigned to the First Court of Appeals as appeal number 01-14-00958-CV. Accordingly, this appeal is dismissed and will continue to proceed in the First Court of Appeals as appeal number 01-14-00958-CV.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.